Tyler R. Andrews
Bar No. 9499
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TWO PLUS TWO PUBLISHING, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL AARON "DUTCH" BOYD, an individual; and JACKNAMES.COM;<br><br>Defendants. | Case No.   2:09-cv-02318-KJD-VCF<br><br>**FINAL JUDGMENT** |

Upon review of the Motion for Final Judgment submitted by Plaintiff Two Plus Two Publishing, LLC, with partial summary judgment having previously been granted on March 1, 2012 (Docket No. 25), and good cause being shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that FINAL JUDGMENT is hereby entered against Defendant Russell Aaron "Dutch" Boyd, and in favor of Plaintiff Two Plus Two Publishing, LLC, in the amount of **$69,014.39,** with post-judgment interest accruing thereon at the rate of **$0.29** as of the date of entry of this judgment.

//

//

//

419,782,017v2 LV 111827.010200

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that all remaining causes of action in this matter are hereby voluntarily DISMISSED by Plaintiff, without prejudice, and that as such, this case is now CLOSED.

DATED 7/3/2012

_____
UNITED STATES DISTRICT COURT JUDGE

**Respectfully Submitted by**

GREENBERG TRAURIG, LLP

/s/ Tyler R. Andrews, Esq.
_____
TYLER R. ANDREWS
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002