1   Tyler R. Andrews
    Bar No. 9499
2   GREENBERG TRAURIG, LLP
    3773 Howard Hughes Parkway
3   Suite 500 North
    Las Vegas, Nevada 89169
4   Telephone: (702) 792-3773
    Facsimile: (702) 792-9002
5   Counsel for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                    FOR THE DISTRICT OF NEVADA

9
    TWO PLUS TWO PUBLISHING, LLC, a Nevada    Case No.      2:09-cv-02318-KJD-VCF
10  limited liability company,
                                                            **FINAL JUDGMENT**
11                    Plaintiff,

12  vs.

13  RUSSELL AARON "DUTCH" BOYD, an
    individual; and JACKNAMES.COM;
14
                      Defendants.
15

16

17          Upon review of the Motion for Final Judgment submitted by Plaintiff Two Plus Two

18  Publishing, LLC, with partial summary judgment having previously been granted on March 1,

19  2012 (Docket No. 25), and good cause being shown,

20          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that FINAL JUDGMENT is

21  hereby entered against Defendant Russell Aaron "Dutch" Boyd, and in favor of Plaintiff Two

22  Plus Two Publishing, LLC, in the amount of **$69,014.39,** with post-judgment interest

23  accruing thereon at the rate of **$0.29** as of the date of entry of this judgment.

24  //

25

26  //

27

28  //

1

419,782,017v2 LV 111827.010200

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that all remaining causes of

2  action in this matter are hereby voluntarily DISMISSED by Plaintiff, without prejudice, and

3  that as such, this case is now CLOSED.

4                                                   DATED _7/3/2012___

5

6  _____

7                                          UNITED STATES DISTRICT COURT JUDGE

8  **Respectfully Submitted by**

9

10    GREENBERG TRAURIG, LLP

11    /s/ Tyler R. Andrews, Esq.
     _____

12    TYLER R. ANDREWS
     3773 Howard Hughes Parkway
     Suite 400 North
13    Las Vegas, Nevada 89169
     Telephone:  (702) 792-3773
14    Facsimile:  (702) 792-9002

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

2

419,782,017v2 LV 111827.010200